# UNITED STATES DISTRICT COURT
для
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Angel Borboa-Duran,<br>a.k.a: Angel Duran-Borboa,<br>a.k.a.: Angel Duran Borboa,<br>(A088 027 116)<br>*Defendant* | Case No. 17-6369mj |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 30, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Angel Borboa-Duran, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about October 28, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Brandon Brown

☒ Continued on the attached sheet.

*Complainant's signature*

Gilbert V. Longoria,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 4, 2017

*Judge's signature*

City and state: Phoenix, Arizona

David K. Duncan,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Gilbert V. Longoria, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 30, 2017, Angel Borboa-Duran was arrested by the Mesa Police Department and booked into the Maricopa County Jail (MCJ) on local charges. While incarcerated at the MCJ, Borboa-Duran was encountered by ICE Officer O. Flores who determined him to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On October 4, 2017, Borboa-Duran was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Borboa-Duran was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Angel Borboa-Duran to be a citizen of Mexico and a previously deported criminal alien. Borboa-Duran was removed from the United States to Mexico at or near Nogales, Arizona, on or about October 28, 2015, pursuant

to the reinstatement of an order of removal issued by an immigration judge. There is no record of Borboa-Duran in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Borboa-Duran's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Angel Borboa-Duran was convicted of Armed Robbery with One Prior Felony Conviction, a felony offense, on April 22, 2009, in the Superior Court of Arizona, Maricopa County. Borboa-Duran was sentenced to eight (8) years' incarceration. Borboa-Duran's criminal history was matched to him by electronic fingerprint comparison.

5. On October 4, 2017, Angel Borboa-Duran was advised of his constitutional rights. Borboa-Duran freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 30, 2017, Angel Borboa-Duran, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about October 28, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to

reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Gilbert V. Longoria,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 4th day of October, 2017.

_____
David K. Duncan,
United States Magistrate Judge